## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:  07CR2006-DMS |
|---|---|
| Plaintiff, | Hon. Dana M. Sabraw |
| v. | **ORDER TO DISCLOSE** |
| JOSEPH LUCAS, JR., | |
| Defendant. | |

IT IS HEREBY ORDERED that the motion to order USPO to disclose evidence is GRANTED, and the evidence should be released as set forth therein.

**IT IS SO ORDERED.**

Dated: April 14, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court