# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH LUCAS, JR.,<br><br>　　　　　　　Defendant. | CASE NO.:  07-CR-2006-DMS<br><br>Hon. Dan M. Sabraw<br><br>**ORDER GRANTING MOTION TO TERMINATE REMAINING TERM OF SUPERVISED RELEASE** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the remaining term of supervised release for the Defendant in the above matter, Mr. Joseph Lucas, Jr., be terminated pursuant to 18 U.S.C. § 3583(e)(1).

**IT IS SO ORDERED.**

Dated: June 1, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court